COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Douglas Moran, Royal Bodkin, LLC and Woolworth
                            Interests, LLC v. Richard Williamson d/b/a Williamson
                            Realty

Appellate case number:      01-14-00928-CV

Trial court case number:    2011-45234

Trial court:                11th District Court of Harris County

On May 8, 2015, the above-referenced appeal was stayed due to bankruptcy. *See* 11 U.S.C. § 362(a) (2011); TEX. R. APP. P. 8.1, 8.2. On July 8, 2015, the appellants, Douglas Moran, Royal Bodkin, LLC and Woolworth Interests, LLC, filed a motion to reinstate the appeal and attached an order from the United States Bankruptcy Court dismissing their bankruptcy petitions. Appellants therefore request that we reinstate this appeal.

Accordingly, we **GRANT** appellants' motion and **REINSTATE** this case on the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

Because appellants' brief was filed on April 6, 2015, appellee's brief, if any, is **ORDERED** to be filed within **30 days** of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(b), (d).

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                   ☒ Acting individually    ☐ Acting for the Court

Date: July 28, 2015